952

No. 75–6514.  Austin v. United States.  C. A. 2d Cir.  Certiorari denied.

No. 75–6517.  Raymond v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 75–6518.  Rice v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–6519.  Zamora v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 75–6530.  Knight v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 75–6539.  Belina v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–6546.  Sandoval v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–6547.  Zamudio-Aguilar v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 75–6564.  Duke v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–6567.  Pipkins v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 75–6570.  Oaks v. United States.  C. A. 9th Cir.  Certiorari denied.

No. 75–6576.  Hoffman v. Ohio.  Ct. App. Ohio, Lucas County.  Certiorari denied.

No. 75–6579.  Shea v. Roudebush, Administrator, Veterans' Administration.  C. A. 9th Cir.  Certiorari denied.

No. 75–6588.  Cooley v. United States.  C. A. 9th Cir.  Certiorari denied.